TAYLOR *v.* NATIONAL GROUP OF COMPANIES, INC. ET AL.

[Cite as *Taylor v. Natl. Group of Cos., Inc.* (1992), 65 Ohio St.3d 482.]

(No. 91–2108—Submitted November 9, 1992—Decided December 11, 1992.)

*Bruce Comly French,* for petitioner.

*Manahan, Pietrykowski, Bamman & DeLaney* and *Glenn E. Wasielewski; Hunt, Moritz & Johnson* and *Jerry M. Johnson,* for respondents.

The United States District Court for the Northern District of Ohio, Western Division, has certified the following question to us:

"May the plaintiff demand a jury trial of her claims under § 4112.99, where the gravamen of the claim is discrimination on the basis of sex?"

The certified question is answered in the affirmative. See *Elek v. Huntington Natl. Bank* (1991), 60 Ohio St.3d 135, 573 N.E.2d 1056; and cf. *Hoops v. United Tel. Co. of Ohio* (1990), 50 Ohio St.3d 97, 553 N.E.2d 252.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., concur separately.

HOLMES, Judge, concurring.

Although I dissented in *Elek v. Huntington Natl. Bank,* and still personally adhere to the view espoused in such dissent, the policy of *stare decisis* prevails, and I must concur with the majority on that basis.

WRIGHT, J., concurs in the foregoing concurring opinion.